IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CECIL MATHEWS,

     Petitioner,

v.                                     4:12cv237-WS/CAS

MICHAEL CREWS, FLORID
DEPARTMENT OF
CORRECTIONS,

     Respondent.

_____


ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation

docketed July 9, 2014.  See Doc. 22.  The magistrate judge recommends that the

petitioner's petition for writ of habeas corpus be dismissed as moot.  The petitioner

has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and

recommendation, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 22) is hereby

ADOPTED and incorporated by reference into this order.

2.   The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as moot.

3.   The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

4.   Leave to appeal in forma pauperis is DENIED

5.   A certificate of appealability shall not issue..

DONE AND ORDERED this ___11th___ day of ____August____, 2014.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE